UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LLOYD HOBBS, | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) No. 1:16-cv-02033-TWP-MPB ) |
| SUPERINTENDENT New Castle Correctional Facility, | ) ) ) |
| Respondent. | ) ) |

**Entry Granting Motion to Dismiss and Directing Entry of Final Judgment**

The respondent's unopposed motion to dismiss [dkt. 11] is **granted** because the record demonstrates that the petitioner failed to assert his claims during the administrative proceeding. A habeas claim is procedurally defaulted if it is not asserted in the administrative appeals. *See Eads v. Hanks,* 280 F.3d 728, 729 (7th Cir. 2002); 28 U.S.C. § 2254(b)(1)(A).

Procedural default caused by failure to exhaust administrative review can be overcome if the petitioner shows cause and prejudice or shows that failure to consider the claims will result in a fundamental miscarriage of justice. *Coleman v. Thompson,* 501 U.S. 722, 750 (1991); *Moffat v. Broyles,* 288 F.3d 978, 982 (7th Cir. 2002). The petitioner has not responded to the motion to dismiss nor has he otherwise shown adequate cause or a fundamental miscarriage of justice.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 12/22/2016

*[signature]*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Electronically registered counsel

LLOYD  HOBBS
217557
NEW CASTLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362